

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | Albert B. Aquila | 120 BROADWAY • NEW YORK • NEW YORK 10271 | Ina Pecani | Gina M. Carbone |
| Nicholas Papain | Brian J. Shoot | TELEPHONE: (212) 732-9000 | Jessica P. Denninger | NallyAnn Scaturro |
| Michael N. Block | Mary Anne Walling | FACSIMILE: (212) 266-4141 | Christopher J. DelliCarpini | Michael P. Napolitano |
| Christopher T. McGrath | Eric K. Schwarz | SPBMC-NY@TrialLaw1.com | Marianne C. Burke | Jacqueline P. Lasker |
| Vito A. Cannavo | Elizabeth Montesano | TrialLaw1.com | Paul Bitetti | Joseph I. Rozovsky |
| John F. Nash | Deanne M. Caputo | PLEASE REPLY TO: | Ana-Marija Turkovic | |
| Frank V. Floriani | Liza A. Milgrim | | | |
| Eleni Coffinas | Thomas J. McManus | New York City Office | | |
| David J. Dean | Glenn W. Nick | | | |
| Hugh M. Turk | Mark A. Apostolos | | | |

Hon. Joseph N. Giamboi (1925-2018)  John M. Tomsky
Stephen C. Glasser                    Craig M. Silverman
Paul F. Oliveri                       Mary Tierney
*Of Counsel*                          James Wilkens
                                      Beth N. Jablon
                                      *Counsel to the Firm*

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000
Private Fax Line:
{ATTORNEY_FAX_FIRM}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2023

April 13, 2023

Chambers,
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Walcott v. Harrah's Atlantic City Operating Company, LLC, Gordon Ramsay Steak and J.A. Casillas, Inc.
      Case No. 1:20-CV-06935(JHR)

Dear Judge Rearden:

This firm represents the plaintiff in the above action assigned to the Court.

I write with the consent of counsel for the defendants to adjourn the initial conference scheduled for April 27, 2023 at 11:30 a.m.

The reason for the request is that prior to receiving the notification of the conference, I had scheduled a medical procedure for that morning.

There have been no prior requests for an adjournment and this request will not affect any other dates set in this case as there are none.

Thank you and I appreciate the Court's indulgence in addressing this application.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

Respectfully submitted,

SULLIVAN PAPAIN BLOCK McGRATH
COFFINAS & CANNAVO P.C.

By: _____
Frank V. Floriani

FVF:cd
(105793)
CC by ECF:

Angelo M. Bianco, Esq.
Fullerton Beck LLP
One West Red Oak Lane
White Plains, New York 10604

Ancilla H. Dias-Pinto, Esq.
Gallo Vitucci Klar LLP
90 Broad Street, Suite 1202
New York, New York 10004

Plaintiff's application on consent is GRANTED. The conference previously scheduled for April 27, 2023 at 11:30 AM is hereby rescheduled to May 1, 2023 at 12:30 PM.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 14, 2023