

| | | 120 BROADWAY • NEW YORK • NEW YORK 10271 | | |
|---|---|---|---|---|
| Robert G. Sullivan | Albert B. Aquila | TELEPHONE: (212) 732-9000 | Ina Pecani | Gina M. Carbone |
| Nicholas Papain | Brian J. Shoot | FACSIMILE: (212) 266-4141 | Jessica P. Denninger | NallyAnn Scaturro |
| Michael N. Block | Mary Anne Walling | SPBMC-NY@TrialLaw1.com | Christopher J. DelliCarpini | Michael P. Napolitano |
| Christopher T. McGrath | Eric K. Schwarz | TrialLaw1.com | Marianne C. Burke | Jacqueline P. Lasker |
| Vito A. Cannavo | Elizabeth Montesano | | Paul Bitetti | Joseph I. Rozovsky |
| John F. Nash | Deanne M. Caputo | PLEASE REPLY TO: | Ana-Marija Turkovic | |
| Frank V. Floriani | Liza A. Milgrim | | | |
| Eleni Coffinas | Thomas J. McManus | New York City Office | | |
| David J. Dean | Glenn W. Nick | | | |
| Hugh M. Turk | Mark A. Apostolos | | | |

Hon. Joseph N. Giamboi (1925-2018)
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Craig M. Silverman
Mary Tierney
James Wilkens
Beth N. Jablon
*Counsel to the Firm*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000
Private Fax Line:
{ATTORNEY_FAX_FIRM}

April 20, 2023

Chambers,
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Walcott v. Harrah's Atlantic City Operating Company, LLC, Gordon Ramsay Steak and J.A. Casillas, Inc.
           Case No. 1:20-CV-06935(JHR)

Dear Judge Rearden:

    This firm represents the plaintiff in the above action assigned to the Court.

    I write with the consent of counsel for the defendants to adjourn the initial conference scheduled for May 1st, 2023 at 12:30 p.m.

    I am sorry to burden the Court with this second request, but as was the reason for adjourning the initial conference from April 27, 2023 to May 1st, 2023 I have a second medical procedure on May 1st, 2023 which was also scheduled ( I do not have any others scheduled) prior to any notification by the Court.

    This request will not affect any other dates set in this case as there are none.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

If the Court would prefer to hold this conference on May 1st, 2023, I can arrange to have one of my colleagues cover it for me.

Thank you and I appreciate the Court's indulgence in addressing this application.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK McGRATH
COFFINAS & CANNAVO P.C.

By: _____
Frank V. Floriani

FVF:cd
(105793)
CC by ECF:

Angelo M. Bianco, Esq.
Fullerton Beck LLP
One West Red Oak Lane
White Plains, New York 10604

Ancilla H. Dias-Pinto, Esq.
Gallo Vitucci Klar LLP
90 Broad Street, Suite 1202
New York, New York 10004

Plaintiff's application on consent is GRANTED. The conference previously scheduled for May 1, 2023 at 12:30 PM is hereby rescheduled to May 9, 2023 at 11:00 AM.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 25, 2023