

Robert G. Sullivan
Nicholas Papain
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Eleni Coffinas
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot

Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick
Mark A. Apostolos

Ina Pecani
Jessica P. Denninger
Christopher J. DelliCarpini
Marianne C. Burke
Ana-Marija Turkovic
Gina M. Carbone
NallyAnn Scaturro
Michael P. Napolitano

Jacqueline P. Lasker
Joseph I. Rozovsky
Danielle Goldfinger
Amber Volz
Katie Prior
Joseph Fattorusso
Laura Raphael

Hon. Joseph N. Giamboi (1925-2018)
Michael N. Block
Stephen C. Glasser
Paul F. Oliveri
Of Counsel

John M. Tomsky
Craig M. Silverman
Beth N. Jablon
Counsel to the Firm

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000
Private Fax Line: s
(212) 266-4156

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2024

**MEMO ENDORSED**

March 11, 2024

Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007

    Re:    Walcott v. Harrah's Atlantic City Operating Company, LLC, Gordon Ramsay Steak and J.A. Casilla, Inc.
           Case No. 1:20-cv-06935 (JHR)

Dear Judge Rearden:

This firm represents the plaintiff in the above products liability action assigned to the Court.

All parties consent to the request made herein.

The parties completed all expert disclosure on February 14, 2024, pursuant to the Court's order of January 8, 2024 (ECF Doc. No. 68).

The parties have agreed to a private mediation which is scheduled to take place on April 29, 2024.

We understand that pursuant to the Court's rule that the joint pre-trial order is currently due on March 15, 2024, however all parties intend to make a good faith effort to resolve this case at the mediation and therefore it is respectfully requested that we be permitted to submit it on May 31, 2024.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

Thank you and we appreciate the Court's indulgence in addressing this application.

Respectfully,

SULLIVAN PAPAIN BLOCK MCMANUS
COFFINAS & CANNAVO P.C.

By: _____
Frank V. Floriani

FVF:cd
(114092)

Application GRANTED. The deadline for the parties to submit the Joint Pretrial Order is adjourned *sine die*. By **Wednesday, May 1, 2024**, the parties shall file a joint letter informing the Court of the outcome of the mediation scheduled for April 29, 2024. The Clerk of Court is directed to terminate ECF No. 69. SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: March 19, 2024