UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEO WALCOTT,

                Plaintiff,

  -v-

HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC, GORDON RAMSAY STEAK, and J.A. CASILLAS, INC.,

                Defendants.

CIVIL ACTION NO. 20 Civ. 6935 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, June 17, 2024 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
             May 29, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**