UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEO WALCOTT,

                  Plaintiff,

    -v-

HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC, GORDON RAMSAY STEAK, and J.A. CASILLAS, INC.,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 6935 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 78 is GRANTED, and the settlement conference scheduled to take place in person on **Thursday, August 8, 2024 at 2:00 p.m.** will take place as scheduled, but will now proceed <u>by videoconference</u> hosted on the Court's Microsoft Teams platform. The Court will provide a link for the conference once it receives the annexed Attendance Acknowledgement Form with the names and email addresses of the individuals who will attend. All other terms of the Court's Settlement Conference Scheduling Order dated June 17, 2024 (ECF No. 77) remain in full effect.

Dated:     New York, New York
           June 25, 2024

                       SO ORDERED.

                       _____

                       SARAH L. CAVE
                       **United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐   Plaintiff    ☐   Defendant

☐   I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐   I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address the Microsoft Teams invitation should be sent to.

_____          _____
Signature                                Date

_____
Name (print)