UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEO WALCOTT,

                Plaintiff,

-v-

HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC, GORDON RAMSAY STEAK, and J.A. CASILLAS, INC.,

                Defendants.

CIVIL ACTION NO. 20 Civ. 6935 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, October 10, 2024 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss the status of settlement efforts in this matter and whether they wish to engage in further settlement discussions with the Court's assistance.

Dated:    New York, New York
           September 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge